## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   25-10709 |
| Odell R Lewis | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### Order Denying as Unnecessary Motion to Authorize Debtors to Enter into Loan Modification

IT IS HEREBY ORDERED that the motion is denied. The Bankruptcy Code does not require approval of the proposed modifications to the existing loan agreement and the parties may proceed without court approval

Enter:

Honorable David D. Cleary

United States Bankruptcy Judge

Dated:  December 22, 2025