UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   25-10709 |
| Odell R Lewis | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable David H. DeCelles |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

### ORDER GRANTING MOTION TO AUTHORIZE LOAN MODIFICATION

This case coming on the Debtor's MOTION TO AUTHORIZE LOAN MODIFICATION, due notice having been provided,

IT IS HEREBY ORDERED THAT:

The Debtor is authorized to modify the mortgage loan securing his real property located at 17771 Devon Dr., Country Club Hills, IL 60478 according to the following terms and conditions:

Loan Rate: 7.25%
Loan Payment: $1,885.19.

Enter:

Honorable David H. DeCelles
United States Bankruptcy Judge

Dated:  March 27, 2026

**Prepared by:**

Cutler & Associates
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600